UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JON R. DEUTSCH | § |
| | § **CIVIL ACTION NO. 1:15-CV-1126-RP** |
| **Plaintiff** | § |
| | § |
| VS. | § |
| | § |
| WORTH FINANCE CORPORATION | § |
| | § |
| **Defendant** | § |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FRCP 41(a)(1)**

TO THE HONORABLE U.S. DISTRICT JUDGE:

**COME NOW**, Plaintiff Jon R. Deutsch and Defendant Worth Finance Corporation (collectively, "parties") and present their Joint Stipulation for Dismissal with Prejudice of the instant case.  The parties have agreed to dismiss all claims and disputes arising out of this action with prejudice.

**STIPULATION**

It is stipulated by and between the parties hereto that this action may be dismissed with prejudice as to all parties and as to all causes of action, with each party to bear their own attorneys' fees and costs.


DATED: FEBRUARY 10, 2016            FOR PLAINTIFF JON DEUTSCH

                        By:    /s/ Omar W. Rosales
                            Omar W. Rosales

                            The Rosales Law Firm, LLC
                            www.OWROSALES.com
                            Omar W. Rosales
                            Federal No. 690657

|  |  |
|---|---|
|  | PO BOX 6429<br>AUSTIN, TX 78762-6429<br>(866) 402-8082 Toll-Free<br>(512) 520-4919 Tel<br>(512) 309-5360 Fax |
| DATED: FEBRUARY 10, 2016 | FOR DEFENDANT WORTH FINANCE CORPORATION<br><br>/s/ Carl Galant<br>Carl Galant<br>State Bar No. 24050633<br>cgalant@mcginnislaw.com<br><br>MCGINNIS LOCHRIDGE<br>600 CONGRESS AVE, SUITE 2100<br>AUSTIN, TX<br>78701<br>(512) 495-6083 Tel<br>(512) 505-6383 Fax |

## CERTIFICATE OF SERVICE

I, Omar W. Rosales, hereby certify that the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically on the TXW_USDC system on February 10, 2016, which caused all ECF participants and attorneys of record to be served by electronic means.

/s/ Omar W. Rosales
   Omar W. Rosales